UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID TUCKER,

      Plaintiff,                                      Case No. 1:16-cv-165

v.                                                    HON. PAUL L. MALONEY

BENZIE COUNTY SHERIFF'S
DEPARTMENT and TED SCHENDEL,

      Defendants.
_____/

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this day:

**IT IS ORDERED** that **JUDGMENT** is entered on behalf of Defendants.


Dated: June 2, 2017                                       /s/ Paul L. Maloney
                                                              PAUL L. MALONEY
                                                              UNITED STATES DISTRICT JUDGE